**Electronically Filed
Supreme Court
SCWC-16-0000509
17-NOV-2017
11:35 AM**

SCWC-16-0000509

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellee,

vs.

DEWITT LONG,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000509; CR. NO. 06-1-1478)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ.,
and Circuit Judge Nakasone, in place of Wilson, J., recused)

Petitioner/Defendant-Appellant Dewitt Long's

application for writ of certiorari, filed on September 28, 2017,

is hereby rejected.

DATED: Honolulu, Hawai'i, November 17, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Karen T. Nakasone

